IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE RIVERA,**<br>*Plaintiff,*<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 22-4360** |

## ORDER

**AND NOW,** this 21st day of April 2023, upon consideration of Defendant's Motion to Dismiss (ECF 4), as well as all submissions related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that each party shall file supplemental briefing of ten (10) pages or less limited to the issues of equitable tolling and exhaustion of administrative remedies within ten (10) days of this order.

**BY THIS COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**