# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE RIVERA,** *Plaintiff,* v. **UNITED STATES OF AMERICA** *Defendant.* | **CIVIL ACTION** **NO. 22-4360** |

## ORDER RE: MOTION TO DISMISS

**AND NOW,** this 27th day of July 2023, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), as well as all submissions related thereto, for the reasons stated in the accompanying memorandum, Defendant's Motion is **GRANTED**. Plaintiff's complaint is **DISMISSED with prejudice** and the Clerk shall **CLOSE** the case.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**